IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

**KODAK TRACTOR AND
EQUIPMENT COMPANY, LLC.**

    Plaintiff

VS.                                  NO. **3:18-cv-00526-TAV-DCP**

**CNH INDUSTRIAL AMERICA, LLC.**      JURY DEMAND

    Defendant

---

## NOTICE OF DISMISSAL

---

**COMES THE PLAINTIFF, KODAK TRACTOR AND EQUIPMENT COMPANY, LLC.,** pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(I) and files this Notice of Dismissal without prejudice.

                                          **KODAK TRACTOR AND
EQUIPMENT COMPANY, LLC**

BY: _/s/ George R. Garrison_
        **GEORGE R. GARRISON**
        BPR # 014102
        **Attorney for the Plaintiff**

1142 Dolly Parton Parkway
Sevierville, Tennessee 37862
(865) 453-7990

**ATTORNEY'S CERTIFICATE:**

I, **GEORGE R. GARRISON**, do hereby certify that I have forwarded this date a true and exact copy of the forgoing Notice to Dismiss to:

> **JAMIE BALLINGER-HOLDEN**
> *BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.*,
> 265 Brookview Centre Way, Suite 600
> Knoxville, Tennessee 37919

and
> **MICHAEL J. GORMAN**
> *MCDOWELL RICE SMITH & BUCHANAN, P.C.*
> Pro Hav Vice Admission
> 605 W. 47th Street, Suite 350
> Kansas City, MO 64112

by ☒ regular U. S. Mail ☐ electronic facsimile or ☐ electronic mail.

This the ___ day of _____May_____, 2019.

_____
**GEORGE R. GARRISON**